# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOE C. HERNANDEZ MARTINEZ,<br><br>　　　Plaintiff,<br><br>v.<br><br>J. JOHNSON et al.,<br><br>　　　Defendants. | Case No. 5:26-cv-02505-SB-JDE<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Yoe Hernandez Martinez's petition for a writ of habeas corpus is dismissed without prejudice.

This is a final judgment.

Date: June 12, 2026

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　United States District Judge

1